IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO: 18-23324-GLT |
| Barry D. Grim : | |
| Debtor : | CHAPTER 13 |
| _____ : | |
| Barry D. Grim : | Scheduled Hearing Date: |
| Movant : | November 18, 2020 at 10:00 a.m. |
| vs. : | |
| No Respondents : | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION TO DISMISS CASE**
**DOCKET NO. 45**

     The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Dismiss Case filed on October 20, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Dismiss Case appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Dismiss Case were to be filed and served no later than November 6, 2020.

     It is hereby requested that the Order attached to the Motion to Dismiss Case be entered by the Court.

Dated: November 9, 2020           By:  /s/ Michael C. Eisen
                                                     Michael C. Eisen, Esquire
                                                     M. EISEN & ASSOCIATES, P.C.
                                                     404 McKnight Park Drive
                                                     Pittsburgh, PA 15237
                                                     412-367-6005
                                                     PA ID# 74523
                                                     attorneyeisen@yahoo.com