Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Barry D. Grim** | : | Case No. 18−23324−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related Dkt. NO. 45 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 10th of November, 2020,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-23324-GLT |
| Barry D. Grim | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: hthu | Page 1 of 3 |
| Date Rcvd: Nov 10, 2020 | Form ID: 309 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry D. Grim, 4609 W. Brightview Ave, Pittsburgh, PA 15227-1137 |
| cr | + | Borough of Whitehall, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14932781 | + | Borough of Whitehall, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14917359 | + | Borough of Whitehall, c/o Jordan Tax Service Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 14901512 | + | Boscov's/Comenity Bank, Customer Service, PO Box 182120, Columbus, OH 43218-2120 |
| 14917597 | | CACH, LLC its successors and assigns as assignee, of General Electric Capital Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14917361 | + | Dealers Supply North, c/o Greenberg, Grant & Richards Inc., Attn: Matt LaFollette, 5858 Westheimer Road, Ste 500, Houston, TX 77057-5645 |
| 14917362 | + | Lawrenceville Holdings II LP, c/o Lawrenceville Holdings, 4023 Butler Street, Pittsburgh, PA 15201-3224 |
| 14917363 | + | Mitchel Zemel, Esq., 428 Boulevard of the Allies, Third Floor, Pittsburgh, PA 15219-1314 |
| 14917364 | + | NACM, Weyman Plaza, 300 Weyman Road, Ste 215, Pittsburgh, PA 15236-1520 |
| 14924605 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14917365 | | Raymond P. Wendolowski, Jr., Esq., Bernstein-Burkley PC, Ste 2200 Gulf Tower, Pittsburgh, PA 15210 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Nov 11 2020 03:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14901513 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2020 04:00:54 | CACH LLC, c/o Resurgent Capital Services, PO 10497, Greenville, SC 29603-0497 |
| 14927743 | | EDI: BL-BECKET.COM | Nov 11 2020 06:08:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14901514 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2020 03:52:00 | Citizen's Bank N.A., 480 Jefferson Blvd, Warwick, RI 02886-1359 |
| 14917360 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 11 2020 03:52:00 | Citizen's One Auto Finance, One Citizen's Drive, Riverside, RI 02915-3026 |
| 14901515 | + | EDI: CCUSA.COM | Nov 11 2020 06:08:00 | Credit Collection USA, 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14901516 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 11 2020 03:52:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14901517 | | EDI: PRA.COM | Nov 11 2020 06:08:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14902087 | + | EDI: PRA.COM | Nov 11 2020 06:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14917440 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 11 2020 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14935460 | | EDI: Q3G.COM | | |

|  |  |  | Nov 11 2020 06:08:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| --- | --- | --- | --- | --- |
| 14917366 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 11 2020 03:53:00 | Select Portfolio Servicing Inc., Attn: Bankruptcy Dept, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14917367 | + | Email/Text: financialservicesbk@shawinc.com | Nov 11 2020 03:52:00 | Shaw Industries Inc., PO Box 3305, Boston, MA 02241-3305 |
| 14934114 |  | EDI: AIS.COM | Nov 11 2020 06:08:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | CITIZENS BANK, N.A. |
| cr |  | Forethought Life Insurance Company |
| cr |  | PA Dept of Revenue |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020                         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Forethought Life Insurance Company bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor CITIZENS BANK N.A. pitecf@weltman.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitehall jhunt@grblaw.com cnoroski@grblaw.com |
| Joseph Jasper Swartz | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Barry D. Grim attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee |  |

District/off: 0315-2 | User: hthu | Page 3 of 3
Date Rcvd: Nov 10, 2020 | Form ID: 309 | Total Noticed: 26

        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9