**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY D. GRIM<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-23324 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/22/2018 and confirmed on 10/25/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,550.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,550.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,500.00 | |
|    Trustee Fee | 230.07 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,730.07 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WHITEHALL BOROUGH (SWG)<br>  Acct: B182 | 0.00 | 0.00 | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC(*)<br>  Acct: 7954 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (STORMWATER)<br>  Acct: B182 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (STORMWATER)<br>  Acct: B182 | 0.00 | 0.00 | 0.00 | 0.00 |
| WHITEHALL BOROUGH (SWG)<br>  Acct: B182 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITIZENS ONE AUTO FINANCE*<br>  Acct: 5112 | 0.00 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |
| **Priority** | | | | |
| MICHAEL C EISEN ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BARRY D. GRIM<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-23324 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| M EISEN AND ASSOCIATES PC<br>Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8592 | 4,302.20 | 819.93 | 0.00 | 819.93 |
| | | | | 819.93 |
| **Unsecured** | | | | |
| QUANTUM3 GROUP LLC - AGENT COMENT<br>Acct: 3275 | 2,581.65 | 0.00 | 0.00 | 0.00 |
| CACH LLC-ASSIGNEE<br>Acct: 4376 | 1,989.53 | 0.00 | 0.00 | 0.00 |
| CITIZENS ONE AUTO FINANCE*<br>Acct: 5112 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDIT COLLECTIONS USA<br>Acct: 3301 | 0.00 | 0.00 | 0.00 | 0.00 |
| DEALERS SUPPLY COMPANY<br>Acct: 8099 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: 4376 | 0.00 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE NA**<br>Acct: 4031 | 450.37 | 0.00 | 0.00 | 0.00 |
| LAWRENCEVILLE HOLDINGS LLC<br>Acct: | 16,711.20 | 0.00 | 0.00 | 0.00 |
| NACM INC.<br>Acct: 2045 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC<br>Acct: 1425 | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAW INDUSTRIES INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MITCHEL ZEMEL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8592 | 989.50 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 7232 | 139.30 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE LP<br>Acct: 0001 | 359.60 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                          819.93

```
TOTAL CLAIMED
   PRIORITY              4,302.20
   SECURED                   0.00
   UNSECURED            23,221.15
```

Date: 12/31/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com